**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Steven J. KEY, Defendant–Appellant.**

**No. 01–7340.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 2, 2002.

Steven J. Key, Appellant Pro Se. Michael Lee Keller, Office of the United States Attorney, Charleston, West Virginia, for Appellee.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Steven J. Key seeks to appeal the district court's order denying his motion filed

under Fed.R.Crim.P. 12(b)(2) and construed by the district court as a 28 U.S.C.A. § 2255 (West Supp. 2001) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed informa pauperis, deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Key,* Nos. CR–95–195; CA–01–633–5 (S.D.W.Va. Aug. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*